[No. 48150-9-I. Division One. May 20, 2002.]

*In the Matter of the Personal Restraint of* JAMES FOSTER, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 48229-7-I. Division One. May 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. T.A., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-8-05406-0, Nicole MacInnes, J., and Hollis Holman, J. Pro Tem., entered March 28, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48304-8-I. Division One. May 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONAL MARIN-TORRES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-1-08103-6, Patricia H. Aitken, J., entered March 27, 2001. *Reversed* by unpublished per curiam opinion.

[No. 48333-1-I. Division One. May 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SHABRAY TRAYSUNDAY McMURRAY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-8-10758-0, James D. Cayce, J., entered March 9, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48411-7-I. Division One. May 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. D.B., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 01-8-01186-5, Julie Spector, J., entered April 18, 2001. *Affirmed* by unpublished per curiam opinion.